UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Urvangkumar Kothari,<br><br>Defendant. | Case No. 2:23-mj-01021-EJY-1<br><br>**ORDER REQUIRING PAYMENT FOR APPOINTED COUNSEL** |

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. 3006A, the Federal Public Defender was appointed as counsel for the above-named Defendant at the Initial Appearance on February 1, 2024.

Based upon a review of Defendant's financial affidavit and the Court's inquiry, the Court finds Defendant possesses financial resources sufficient to bear some of the cost of his representation, i.e., funds are available from or on behalf of the Defendant for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation. Accordingly, pursuant to the provisions of 18 U.S.C. 3006A(f),

IT IS HEREBY ORDERED that Defendant shall reimburse the Treasury of the United States at the rate of $100.00 per month for the cost of his representation until the case has concluded. The first payment of **$100.00**, payable to the **Clerk of the Court**, for deposit in the Treasury, is due not later than **Monday, April 1, 2024**, and shall be due on the first day of each month thereafter until the conclusion of the case.

Dated this 7th day of March, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE