UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>URVANGKUMAR BIPINCHANDRA KOTHARI,<br><br>        Defendant. | Case No. 2:23-mj-01021-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties are engaged in negotiations to resolve this matter short of a trial. The parties require additional time to finalize negotiations.

2. Defense counsel requires additional time to review discovery and counsel the defendant on his legal options.

3. The defendant is not in custody and agrees with the continuance.

This is the third request for a continuance of the bench trial.

3

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, § 316(h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, July 10, 2024, at 9:30 a.m., be vacated and continued to October 2, 2024 at the hour of 9:30 a.m. in Courtroom 3D.

DATED this 8th day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

4